IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AGUSTIN AGUIRRE, KENNY MORGAN, RYAN-ASHLEY JACKSON, and TRULEY WATKINS, | § § § § | |
| *Plaintiffs,* | § | CAUSE NO. 1:16-cv-00734-RP |
| v. | § § | |
| ITT EDUCATION SERVICES, INC. | § | |
| *Defendants.* | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs, AGUSTIN AGUIRRE, KENNY MORGAN, RYAN-ASHLEY JACKSON, and TRULEY WATKINS (PLAINTIFFS) and Defendant ITT EDUCATION SERVICES (DEFENDANT) file this stipulation for dismissal with prejudice of all pending claims in this action against Defendant, ITT EDUCATION SERVICES, INC., pursuant to FED. R. CIV.P. 41(a)(1)(A)(ii.  The parties further stipulate that the parties shall bear their own fees and costs.

Respectfully Submitted,

**HUGHES ELLZEY, LLP**

   */s/ Jarrett Ellzey*
W. Craft Hughes
Attorney-in-charge
Texas Bar No. 24046123
craft@hughesellzey.com
Jarrett L. Ellzey
Texas Bar No. 24040864
jarrett@hughesellzey.com
1105 Milford
Houston, TX 77006
Phone (713) 322-6387
Fax (888) 995-3335

Bryant A. Fitts
FITTS LAW FIRM, P.C.

                                        4801 Richmond Ave.
                                        Houston, TX 77027
                                        Phone (713) 871-1670
                                        Fax (713) 583-1492
                                        Email: bfitts@fittslawfirm.com

                                        ATTORNEYS FOR PLAINTIFFS

AND

                                        **SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

                                        */s/ Lisa Yun*\*\*
                                        Lisa Yun (Pro Hac Vice)
                                        Bar No.
                                        501 Wet Broadway, 19th floor
                                        San Diego, CA 92101
                                        Phone (619) 338-6500
                                        Fax (619) 234-3815
                                        Email: lyun@sheppardmullin.com

                                        Shannon Z. Peterson (Pro Hac Vice)
                                        12275 El Camino Real, Ste. 200
                                        San Diego, CA 92130
                                        Phone (858) 720-8900
                                        Fax (858) 509-3691
                                        Email: speterson@sheppardmullin.com

                                        Alton Lee Rigby, Jr.
                                        RIGBY SLACK LAWRENCE & COMERFORD, PLLC
                                        Texas Bar No. 24029796
                                        6836 Austin Center Blvd., Ste. 100
                                        Austin, TX 78731
                                        Phone (512) 782-2061
                                        Email: lrigby@rigbyslack.com


                                        ATTORNEYS FOR DEFENDANT

                                        \*\*Signed with permission

---

## **CERTIFICATE OF SERVICE**

      I certify that on <u>May 22, 2020</u>, a copy of the foregoing document was filed in accordance with the protocols for e-filing in this district, and will be served pursuant to Rule 5 of the Federal Rules of Civil Procedure on all counsel of record.


                                                      <u>*/s/ Jarrett Ellzey*</u>
                                                      Jarrett Ellzey