IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AGUSTIN AGUIRRE, KENNY MORGAN, RYAN-ASHLEY JACKSON, and TRULEY WATKINS,<br><br>Plaintiffs,<br><br>v.<br><br>ITT EDUCATION SERVICES, INC.,<br><br>Defendant. | § § § § § § § § § § § § § § | 1:16-CV-734-RP |

## ORDER

On May 22, 2020, the parties dismissed all claims in this case with prejudice by notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 37). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on May 26, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE